# Innovative Supply Strategies, Inc.

**2150 Whitfield Industrial Way**
**Sarasota, FL  34243**

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/7/2003 | 1103 |

**Bill To**

Caligor
846 Pelham Parkway
Pelham Manor, NY 10803

| Due Date |
|----------|
| 2/17/2003 |

| Item | Description | Amount |
|------|-------------|--------|
| Install | Final Install Fees | 20,000.00 |
| CM | Contract Maintenance - February 2003 | 10,000.00 |

Make all checks payable to:
Innovative Supply Strategies, Inc.
Attn: Tracey Carter
2150 Whitfiled Industrial Way
Sarasota, FL 34243
Phone: 800-486-3141 ext 6132

| | |
|---|---|
| **Total** | $30,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $30,000.00 |

**Thank you for your business.**

# Innovative Supply Strategies, Inc.

2150 Whitfield Industrial Way
Sarasota, FL 34243

# Invoice

| Date | Invoice # |
|---|---|
| 2/28/2003 | 1103 |

**Bill To**

Caligor
846 Pelham Parkway
Pelham Manor, NY 10803

| Due Date |
|---|
| 2/28/2003 |

| Item | Description | Amount |
|---|---|---|
| Install | Install Fees - total remaining fee $20,000 | 10,000.00 |

Make all checks payable to:
Innovative Supply Strategies, Inc.
Attn: Tracey Carter
2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: 800-486-3141 ext 6132

| | |
|---|---|
| **Total** | $10,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,000.00 |

**Thank you for your business.**

# Innovative Supply Strategies, Inc.

**2150 Whitfield Industrial Way**
**Sarasota, FL 34243**

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/28/2003 | 1111 |

| Bill To |
|---------|
| Caligor<br>846 Pelham Parkway<br>Pelham Manor, NY 10803 |

| Due Date |
|----------|
| 3/10/2003 |

| Item | Description | Amount |
|------|-------------|--------|
| CM | Contract Maintenance - February 2003 | 10,000.00 |

Make all checks payable to:
Innovative Supply Strategies, Inc.
Attn: Tracey Carter
2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: 800-486-3141 ext 6132

| | |
|---|---|
| **Total** | $10,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,000.00 |

Thank you for your business.

# Innovative Supply Strategies, Inc.
**2150 Whitfield Industrial Way**
**Sarasota, FL 34243**

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/28/2003 | 1112 |

**Bill To**

Caligor
846 Pelham Parkway
Pelham Manor, NY 10803

| Due Date |
|----------|
| 3/15/2003 |

| Item | Description | Amount |
|------|-------------|--------|
| Install | Final Install Fees | 10,000.00 |

Make all checks payable to:
Innovative Supply Strategies, Inc.
Attn: Tracey Carter
2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: 800-486-3141 ext 6132

| | |
|---|---|
| **Total** | $10,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,000.00 |

**Thank you for your business.**

# Innovative Supply Strategies, LLC.
**2150 Whitfield Industrial Way**
**Sarasota, FL  34243**

**Invoice**

| Date | Invoice # |
|------|-----------|
| 3/3/2003 | 1114 |

**Bill To**

Caligor
846 Pelham Parkway
Pelham Manor, NY 10803

| Due Date |
|----------|
| 3/18/2003 |

| Item | Description | Amount |
|------|-------------|--------|
| CM | Contract Maintenance - March 2003 | 10,000.00 |

Make all checks payable to:
Innovative Supply Strategies, LLC.
Attn: Tracey Carter
2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: 800-486-3141 ext 6132

| | |
|---|---|
| **Total** | $10,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,000.00 |

**Thank you for your business.**

# Innovative Supply Strategies, LLC.
2150 Whitfield Industrial Way
Sarasota, FL  34243

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/1/2003 | 1119 |

| Bill To |
|---------|
| Caligor<br>846 Pelham Parkway<br>Pelham Manor, NY 10803 |

| Due Date |
|----------|
| 5/1/2003 |

| Item | Description | Amount |
|------|-------------|--------|
| CM | Contract Maintenance - April 2003 | 10,000.00 |

Make all checks payable to:
Innovative Supply Strategies, LLC.
Attn: Tracey Carter
2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: 800-486-3141 ext 6132

| | |
|---|---|
| **Total** | $10,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,000.00 |

**Thank you for your business.**

# Innovative Supply Strategies, LLC.
**2150 Whitfield Industrial Way**
**Sarasota, FL  34243**

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/1/2003 | 1126 |

| Bill To |
|---------|
| Caligor<br>846 Pelham Parkway<br>Pelham Manor, NY 10803 |

| Due Date |
|----------|
| 5/31/2003 |

| Item | Description | Amount |
|------|-------------|--------|
| CM | Contract Maintenance - May 2003 | 10,000.00 |

Make all checks payable to:
Innovative Supply Strategies, LLC.
Attn: Tracey Carter
2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: 800-486-3141 ext 6132

| | |
|---|---|
| **Total** | $10,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,000.00 |

**Thank you for your business.**

# Innovative Supply Strategies, LLC.
2150 Whitfield Industrial Way
Sarasota, FL 34243

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/1/2003 | 1126 |

**Bill To**

Caligor
846 Pelham Parkway
Pelham Manor, NY 10803

| Due Date |
|----------|
| 5/31/2003 |

| Item | Description | Amount |
|------|-------------|--------|
| CM | Contract Maintenance - May 2003 | 10,000.00 |

Make all checks payable to:
Innovative Supply Strategies, LLC.
Attn: Tracey Carter
2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: 800-486-3141 ext 6132

| | |
|---|---|
| **Total** | $10,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,000.00 |

**Thank you for your business.**

# Innovative Supply Strategies, LLC.
**2150 Whitfield Industrial Way**
**Sarasota, FL  34243**

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/1/2003 | 1131 |

| Bill To |
|---------|
| Caligor<br>846 Pelham Parkway<br>Pelham Manor, NY 10803 |

| Due Date |
|----------|
| 7/1/2003 |

| Item | Description | Amount |
|------|-------------|--------|
| CM | Contract Maintenance - June 2003 | 10,000.00 |

Make all checks payable to:
Innovative Supply Strategies, LLC.
Attn: Tracey Carter
2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: 800-486-3141 ext 6132

| | |
|---|---|
| **Total** | $10,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,000.00 |

**Thank you for your business.**

# Innovative Supply Strategies, LLC.
2150 Whitfield Industrial Way
Sarasota, FL  34243

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/2/2003 | 1138 |

| Bill To |
|---------|
| Caligor<br>846 Pelham Parkway<br>Pelham Manor, NY 10803 |

| Due Date |
|----------|
| 8/1/2003 |

| Item | Description | Amount |
|------|-------------|--------|
| CM | Contract Maintenance - July 2003 | 10,000.00 |

Make all checks payable to:
Innovative Supply Strategies, LLC.
Attn: Tracey Carter
2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: 800-486-3141 ext 6132

| | |
|---|---|
| **Total** | $10,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,000.00 |

**Thank you for your business.**

# Innovative Supply Strategies, LLC

# Invoice

2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: (941) 727-1552 Fax: (941) 739-2078

| Date | Invoice # |
|------|-----------|
| 8/1/2003 | 1142 |

| Bill To |
|---------|
| Caligor<br>846 Pelham Parkway<br>Pelham Manor, NY 10803 |

| Due Date |
|----------|
| 8/31/2003 |

| Item | Description | Amount |
|------|-------------|--------|
| CM | Contract Maintenance - August 2003 | 10,000.00 |

Make all checks payable to:
Innovative Supply Strategies, LLC.
Attn: Tracey Carter
2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: 800-486-3141 ext 6132

| | |
|---|---|
| **Total** | $10,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,000.00 |

**Thank you for your business.**

# Innovative Supply Strategies, LLC

2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: (941) 727-1552 Fax: (941) 739-2078

# Invoice

| Date | Invoice # |
|---|---|
| 9/1/2003 | 1151 |

**Bill To**

Caligor
846 Pelham Parkway
Pelham Manor, NY 10803

| Due Date |
|---|
| 10/1/2003 |

| Item | Description | Amount |
|---|---|---|
| CM | Contract Maintenance - September 2003 | 10,000.00 |

Make all checks payable to:
Innovative Supply Strategies, LLC.
Attn: Tracey Carter
2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: 800-486-3141 ext 6132

| | |
|---|---|
| **Total** | $10,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,000.00 |

**Thank you for your business.**

# Innovative Supply Strategies, LLC

2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: (941) 727-1552 Fax: (941) 739-2078

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/1/2003 | 1154 |

**Bill To**

Caligor
846 Pelham Parkway
Pelham Manor, NY 10803

| Due Date |
|----------|
| 10/31/2003 |

| Item | Description | Amount |
|------|-------------|--------|
| CM | Contract Maintenance - October 2003 | 10,000.00 |

Make all checks payable to:
Innovative Supply Strategies, LLC.
Attn: Tracey Carter
2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: 800-486-3141 ext 6132

| | |
|---|---|
| **Total** | $10,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,000.00 |

**Thank you for your business.**

# Innovative Supply Strategies, LLC

2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: (941) 727-1552 Fax: (941) 739-2078

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/1/2003 | 1159 |

**Bill To**

Caligor
846 Pelham Parkway
Pelham Manor, NY 10803

| Due Date |
|----------|
| 11/30/2003 |

| Item | Description | Amount |
|------|-------------|--------|
| CM | Contract Maintenance - November 2003 | 10,000.00 |

Make all checks payable to:
Innovative Supply Strategies, LLC.
Attn: Tracey Carter
2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: 800-486-3141 ext 6132

| | |
|---|---|
| **Total** | $10,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,000.00 |

**Thank you for your business.**

# Innovative Supply Strategies , LLC

# Invoice

2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: (941) 727-1552 Fax: (941) 739-2078

| Date | Invoice # |
|---|---|
| 12/1/2003 | 1165 |

| Bill To |
|---|
| Caligor<br>846 Pelham Parkway<br>Pelham Manor, NY 10803 |

| Due Date |
|---|
| 12/31/2003 |

| Item | Description | Amount |
|---|---|---|
| CM | Contract Maintenance - December 2003 | 10,000.00 |

Make all checks payable to:
Innovative Supply Strategies, LLC.
Attn: Tracey Carter
2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: 800-486-3141 ext 6132

| | |
|---|---|
| **Total** | $10,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,000.00 |

**Thank you for your business.**

# Innovative Supply Strategies, LLC

2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: (941) 727-1552 Fax: (941) 739-2078

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/1/2004 | 1182 |

**Bill To**

Caligor
846 Pelham Parkway
Pelham Manor, NY 10803

| Due Date |
|----------|
| 3/2/2004 |

| Item | Description | Amount |
|------|-------------|--------|
| CM | Contract Maintenance - February 2004 | 10,000.00 |

Make all checks payable to:
Innovative Supply Strategies, LLC.
Attn: Tracey Carter
2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: 800-486-3141 ext 6132

| | |
|---|---|
| **Total** | $10,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,000.00 |

**Thank you for your business.**

# Innovative Supply Strategies, LLC

2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: (941) 727-1552 Fax: (941) 739-2078

# Invoice

| Date | Invoice # |
|---|---|
| 3/1/2004 | 1193 |

| **Bill To** |
|---|
| Caligor<br>846 Pelham Parkway<br>Pelham Manor, NY 10803 |

| Due Date |
|---|
| 3/31/2004 |

| Item | Description | Amount |
|---|---|---|
| CM | Contract Maintenance - March 2004 | 10,000.00 |

Make all checks payable to:
Innovative Supply Strategies, LLC.
Attn: Tracey Carter
2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: 800-486-3141 ext 6132

| | |
|---|---|
| **Total** | $10,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,000.00 |

**Thank you for your business.**

# Innovative Supply Strategies, LLC

# Invoice

2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: (941) 727-1552 Fax: (941) 739-2078

| Date | Invoice # |
|------|-----------|
| 4/1/2004 | 1209 |

**Bill To**

Caligor
846 Pelham Parkway
Pelham Manor, NY 10803

| Due Date |
|----------|
| 5/1/2004 |

| Item | Description | Amount |
|------|-------------|--------|
| CM | Contract Maintenance – April 2004 | 10,000.00 |

Make all checks payable to:
Innovative Supply Strategies, LLC.
Attn: Tracey Carter
2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: 800-486-3141 ext 6132

| | |
|---|---|
| **Total** | $10,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,000.00 |

**Thank you for your business.**

# Innovative Supply Strategies, LLC

2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: (941) 727-1552 Fax: (941) 739-2078

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/29/2004 | 1219 |

**Bill To**

Caligor
846 Pelham Parkway
Pelham Manor, NY 10803

| Due Date |
|----------|
| 5/14/2004 |

| Item | Description | Amount |
|------|-------------|--------|
| Reimb Group | Caligor Meals 03/11 | 25.00 |
| | Caligor Travel 03/11 | 470.82 |
| | Total Reimbursable Expenses | 495.82 |

Make all checks payable to:
Innovative Supply Strategies, LLC.
Attn: Tracey Carter
2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: 800-486-3141 ext 6132

| | |
|---|---|
| **Total** | $495.82 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $495.82 |

RECEIVED
APR 1 ? 2004
UNICLLULD. :

4/12/04

# Expense Statement

Statement No.  031104-Caligor

## Employee

Name  Karen Tucker

SSN

Department

Emp #

Position

Manager  Marc Schessel

## Pay Period

From  3/11/2004

To  3/11/2004

| Date | Account | Description | Lodging | Transport | Fuel | Meals | Phone | Entertainment | Other | TOTAL |
|------|---------|-------------|---------|-----------|------|-------|-------|---------------|-------|-------|
| 3/11/2004 | Caligor | Training Session 1 Day Per Diem Transport | | $ 470.82 | | $ 25.00 | | | $ 2,000.00 | |
| | | | | | | | | | | |
| | | | $ 470.82 | | $ 25.00 | | | $ 2,000.00 | Sub Total | $ 2,000.00 |
| | | | | | | | | | | $ 25.00 |
| | | | | | | | | | | $ 470.82 |
| | | | | | | | | | Advances | |
| | | | | | | | | | Sub Total | $ 2,495.82 |
| | | | | | | | | | TOTAL | $ 2,495.82 |

Approved

Notes

Reimbursement



## J & J Luxury Transportation
### 445 BUSINESS PARK LANE
### ALLENTOWN, PA 18109
Phone : 610-776-1516  Fax : 610-776-6934
Email : JJLIMOSERVICES@AOL.COM
Web : www.jjtransportation.com
## Driver Trip Ticket

| | | |
|---|---|---|
| Pickup Dt. : 03/11/04 Thursday | Pickup Time : 6:30 AM | Drop 6:30 AM Pax # : 1   Chauf. : HOFF (HOFFMAN, THC |
| Res # : 5494 | Start Time : | End :   Veh. Type SEDAN   Veh. # : 112 |

| | | |
|---|---|---|
| Passenger : TUCKER, KAREN | Pick Up Phone : | 610-366-1689 |
| Caller : KAREN TUCKER | Caller# : | 610-366-1689 |
| Account : 23443 - TUCKER/KAREN | | |

**Pickup Address :**
Street#/Name :  120 WYNDHAM DR
Apt#/Room# :
Pickup Point :
Address Line2 :
Cross Streets:
City :  ALLENTOWN, PA 18103
Pickup Directions :  ALWAYS REQ TOM HOFFMAN
Special Instructions :  12HR, STAY WITH

**Dropoff Address :**
Street#/Name :  846 PELHEM PARKWAY
Apt#/Room# :
Dropoff Point :  PELHEM, NY 10803
Address Line2 :
Cross Streets:
City :  OUT OF TOWN, US 99997
Dropoff Directions :

| | | |
|---|---|---|
| Actual Pickup Time: | Flat Rate | $399.00 |
| Actual Dropoff Time | Wait Time | $0.00 |
| Total Trip Time: | Tolls | $0.00 |
| Time Left: | Parking | $0.00 |
| Time Returned: | Gratuity | $71.82 |
| Mileage In: | Sub Total | $470.82 |
| Mileage Out: | Taxes | $0.00 |
| Phone Time: | Deposit | -$470.82 |
| Paid By: CC - Credit Card - AX | Amount Due | $0.00 |

Credit Card#  1009     09/05
Card Holder:
BL ☐  CA ☐  CC ☐  CX ☐  CO ☐  CP ☐
OT ☐  TR ☐

Liability:

Passenger Signature: _____  Driver Signature: _____   Vehicle#  112

Date/Time Taken: Mon, 03/08/04  4:21pm   Taken By:  CARL   Res Status : KO   Run Type : MISC

Printed  03/15/04   2:58 PM

# Innovative Supply Strategies, LLC

2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: (941) 727-1552 Fax: (941) 739-2078

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/1/2004 | 1301 |

**Bill To**

Caligor
846 Pelham Parkway
Pelham Manor, NY 10803

| Due Date |
|----------|
| 12/31/2004 |

| Item | Description | Amount |
|------|-------------|--------|
| CM | Contract Maintenance – December 2004 | 10,000.00 |

Make all checks payable to:
Innovative Supply Strategies, LLC.
Attn: Tracey Carter
2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: 800-486-3141 ext 6132

| | |
|--|--|
| **Total** | $10,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,000.00 |

**Thank you for your business.**

# Innovative Supply Strategies, LLC

2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: (941) 727-1552 Fax: (941) 739-2078

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/1/2004 | 1222 |

**Bill To**

Caligor
846 Pelham Parkway
Pelham Manor, NY 10803

| Due Date |
|----------|
| 5/31/2004 |

| Item | Description | Amount |
|------|-------------|--------|
| CM | Contract Maintenance – May 2004 | 10,000.00 |

Make all checks payable to:
Innovative Supply Strategies, LLC.
Attn: Tracey Carter
2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: 800-486-3141 ext 6132

| | |
|---|---|
| **Total** | $10,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,000.00 |

**Thank you for your business.**

# Innovative Supply Strategies, LLC

2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: (941) 727-1552 Fax: (941) 739-2078

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/1/2004 | 1230 |

| Bill To |
|---------|
| Caligor<br>846 Pelham Parkway<br>Pelham Manor, NY 10803 |

| Due Date |
|----------|
| 7/1/2004 |

| Item | Description | Amount |
|------|-------------|--------|
| CM | Contract Maintenance - June 2004 | 10,000.00 |

Make all checks payable to:
Innovative Supply Strategies, LLC.
Attn: Tracey Carter
2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: 800-486-3141 ext 6132

| | |
|---|---|
| **Total** | $10,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,000.00 |

**Thank you for your business.**

# Innovative Supply Strategies LLC

2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: (941) 727-1552 Fax: (941) 739-2078

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/1/2004 | 1241 |

**Bill To**

Caligor
846 Pelham Parkway
Pelham Manor, NY 10803

| Due Date |
|----------|
| 7/31/2004 |

| Item | Description | Amount |
|------|-------------|--------|
| CM | Contract Maintenance - July 2004 | 10,000.00 |

Make all checks payable to:
Innovative Supply Strategies, LLC.
Attn: Tracey Carter
2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: 800-486-3141 ext 6132

| | |
|---|---|
| **Total** | $10,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,000.00 |

**Thank you for your business.**

# Innovative Supply Strategies, LLC

2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: (941) 727-1552 Fax: (941) 739-2078

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/1/2004 | 1255 |

**Bill To**

Caligor
846 Pelham Parkway
Pelham Manor, NY 10803

| Due Date |
|----------|
| 8/31/2004 |

| Item | Description | Amount |
|------|-------------|--------|
| CM | Contract Maintenance - August 2004 | 10,000.00 |

Make all checks payable to:
Innovative Supply Strategies, LLC.
Attn: Tracey Carter
2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: 800-486-3141 ext 6132

| | |
|--|--|
| **Total** | $10,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,000.00 |

**Thank you for your business.**

# Innovative Supply Strategies, LLC

2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: (941) 727-1552 Fax: (941) 739-2078

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/1/2004 | 1261 |

**Bill To**

Caligor
846 Pelham Parkway
Pelham Manor, NY 10803

| Due Date |
|----------|
| 10/1/2004 |

| Item | Description | Amount |
|------|-------------|--------|
| CM | Contract Maintenance - September 2004 | 10,000.00 |

Make all checks payable to:
Innovative Supply Strategies, LLC.
Attn: Tracey Carter
2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: 800-486-3141 ext 6132

| | |
|--|--|
| **Total** | $10,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,000.00 |

**Thank you for your business.**

# Innovative Supply Strategies, LLC

2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: (941) 727-1552 Fax: (941) 739-2078

# Invoice

| Date | Invoice # |
|---|---|
| 10/1/2004 | 1276 |

**Bill To**

Caligor
846 Pelham Parkway
Pelham Manor, NY 10803

| Due Date |
|---|
| 10/31/2004 |

| Item | Description | Amount |
|---|---|---|
| CM | Contract Maintenance - October 2004 | 10,000.00 |

Make all checks payable to:
Innovative Supply Strategies, LLC.
Attn: Tracey Carter
2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: 800-486-3141 ext 6132

| | |
|---|---|
| **Total** | $10,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,000.00 |

**Thank you for your business.**

# Innovative Supply Strategies, LLC

2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: (941) 727-1552 Fax: (941) 739-2078

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/1/2004 | 1291 |

| Bill To |
|---------|
| Caligor<br>846 Pelham Parkway<br>Pelham Manor, NY 10803 |

| Due Date |
|----------|
| 12/1/2004 |

| Item | Description | Amount |
|------|-------------|--------|
| CM | Contract Maintenance - November 2004 | 10,000.00 |

Make all checks payable to:
Innovative Supply Strategies, LLC.
Attn: Tracey Carter
2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: 800-486-3141 ext 6132

| | |
|---|---|
| **Total** | $10,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,000.00 |

**Thank you for your business.**

# Innovative Supply Strategies, LLC

2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: (941) 727-1552 Fax: (941) 739-2078

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/1/2005 | 1312 |

**Bill To**

Caligor
846 Pelham Parkway
Pelham Manor, NY 10803

| Due Date |
|----------|
| 1/31/2005 |

| Item | Description | Amount |
|------|-------------|--------|
| CM | Contract Maintenance – January 2005 | 10,000.00 |

Make all checks payable to:
Innovative Supply Strategies, LLC.
Attn: Tracey Carter
2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: 800-486-3141 ext 6132

| | |
|---|---|
| **Total** | $10,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,000.00 |

**Thank you for your business.**

# Innovative Supply Stratgies, LLC

2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: (941) 727-1552 Fax: (941) 739-2078

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/1/2005 | 1319 |

**Bill To**

Caligor
846 Pelham Parkway
Pelham Manor, NY 10803

| Due Date |
|----------|
| 3/3/2005 |

| Item | Description | Amount |
|------|-------------|--------|
| CM | Contract Maintenance – February 2005 | 10,000.00 |

Make all checks payable to:
Innovative Supply Strategies, LLC.
Attn: Tracey Carter
2150 Whitfield Industrial Way
Sarasota, FL 34243
Phone: 800-486-3141 ext 6132

| | |
|---|---|
| **Total** | $10,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,000.00 |

**Thank you for your business.**