# EXHIBIT E



Cyber Security
Forensics
eDiscovery

**VIA ELECTRONIC MAIL AND FIRST CLASS MAIL**

Mr Don Conwell
Conwell Business Law
12610 Race Track Road
Suite 200
Tampa, Florida   33626

3 June 2015

Dear Mr. Conwell

As mentioned on Monday, 1 June 2015 in our email and hardcopy letter to you, Sylint received one (1) Seagate 1TB portable drive from Matthew Decker, via FEDEX, on Friday 29 May 2015.  We request your forensic examiner provide a catalog of information stored on the portable drive device to Sylint in order to ensure the device was delivered to the appropriate location.

As noted in earlier correspondences with Sylint and our General Counsel, Steven Teppler, Sylint has discharged its duties and responsibilities as an Independent Escrow Agent with regard to DDS et al. v. Schessel et al. Case 8:12-CV-02580-SCB-EAJ matter and should not be expected to possess or hold information meant for an escrow agent under the Settlement Agreement related to the above cited case.

Please send the requested information to me at jef@usinfosec.com with Cc to Charly Shugg at cks@usinfosec.com.  Thank you for your cooperation on this matter.

Sincerely,


John E. Jorgensen
President

The Sylint Group
info@usinfosec.com
T + 1.941.951.6015  F
+1.941.870.0628   240 N. Washington
Boulevard, Suite 600
Sarasota, Florida 34236 USA
FL PI # A 2900240